[No. 48651-2-II. Division Two. May 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN CHAGLUAK BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00646-5, Nelson E. Hunt, J., entered January 27, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee, J.; Bjorgen, C.J., dissenting.

[No. 48751-9-II. Division Two. May 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LOTHAR BARAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-00757-2, Suzan L. Clark, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 48752-7-II. Division Two. May 9, 2017.]

*In the Matter of the Detention of* J.M.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-6-00670-3, Katherine M. Stolz, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 49621-6-II. Division Two. May 9, 2017.]

*In the Matter of the Personal Restraint of* WENDEL WAYNE JOHNSON, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.